# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| LEANDRO PARRA CASTELLANOS ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 2001/0129 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| UNITED STATES CUSTOMS SERVICE ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Dismiss and For Summary Judgment. The Government filed the above-referenced motion on May 15, 2007. Plaintiff has yet to file a response. It appears to the Court that the Plaintiff is a prisoner at the Fort Dix Correctional Institution. Due to Plaintiffs incarceration and although the motion contains a certificate of service, the Court will seek additional assurance that Plaintiff was served with the above-referenced motion. Accordingly, it is hereby,

**ORDERED** that the Government shall provide sufficient proof to this Court that Plaintiff was served with the above-referenced motion within fifteen (15) days of the date of this Order.

**ENTER:**

**DATED:** July 20, 2007

/s/ Raymond L. Finch
**RAYMOND L. FINCH**
**U.S. DISTRICT COURT JUDGE**

cc:   Leandro P. Castellanos
      FCI Fort Dix, Unit 5741
      P.O. Box 2000
      Fort Dix, NJ 08640-0902