# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| LEANDRO PARRA CASTELLANOS )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>UNITED STATES OF AMERICA, )<br>UNITED STATES CUSTOMS SERVICE )<br>)<br>      Defendants. )<br>_____) | CIVIL NO. 2001/0129 |

## **ORDER**

THIS MATTER comes before the Court on Defendant United States of America motion to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction, lack of personal jurisdiction, insufficiency of process and insufficiency of service of process, pursuant to Rule 12(b)(1), 12(b)(2), 12(b)(4) and 12(b)(5) of the Federal Rules of Civil Procedure and for summary judgment, pursuant to Rule 56 of the Federal Rule of Civil Procedure, regarding Plaintiff's jewelry, electronic equipment and clothing.  After careful consideration and review and for the reasons expressed in Defendant's motion, it is hereby,

    **ORDERED** that Defendant's motions are **GRANTED.**

    **IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** and the case **CLOSED.**

                                                              **ENTER:**

**DATED:**  August 27, 2007                                   /s/ Raymond L. Finch
                                                                **RAYMOND L. FINCH**
                                                                **U.S. DISTRICT COURT JUDGE**